UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DEMETRIUS AHMED WRIGHT,<br><br>    Plaintiff,<br>v.<br><br>R. CARASCO, et al.,<br><br>    Defendants.<br>_____/ | No. 4:10-CV-0064 CW (NJV)<br><br>ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of DEMETRIUS AHMED WRIGHT, inmate no. T-65802, presently in custody at Salinas Valley State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: May 11, 2012

                                       _____
                                       NANDOR J. VADAS
                                       United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:    ANTHONY HEDGPETH, WARDEN, SALINAS VALLEY STATE PRISON

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of DEMETRIUS AHMED WRIGHT, inmate no. T-65802, in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State Prison, on June 20, 2012, at 1:00 p.m., in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of WRIGHT v. CARASCO, et

1 al, and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution,
2 or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody
3 of said prisoner, and further to produce said prisoner at all times necessary until the termination of the
4 proceedings for which his testimony is required in this Court;

5       Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court
6 for the Northern District of California.

8 Dated: May 11, 2012

9                            RICHARD WIEKING
                             CLERK, UNITED STATES DISTRICT COURT

11                            By: Linn Van Meter
                                Administrative Law Clerk

15 Dated: May 11, 2012



NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DEMETRIUS AHMED WRIGHT,<br><br>    Plaintiff,<br><br>    v.<br><br>R. CARASCO, et al.,<br><br>    Defendants.<br>_____/ | No. 10-CV-0064 CW (NJV)<br><br><br><br>CERTIFICATE OF SERVICE |

    I, the undersigned, hereby certify that on May 11, 2012, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Demetrius Ahmed Wright
T65802
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

3