UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DEMETRIUS AHMED WRIGHT,<br><br>       Plaintiff,<br>   v.<br>R. CARASCO, et al.,<br>       Defendants.<br>_____/ | No. 4:10-CV-0064 CW (NJV)<br><br>ORDER REQUIRING MEET AND CONFER AND SETTING STATUS CONFERENCE |

     This case is now set for a settlement conference on June 20, 2012. The Deputy Attorney General representing Defendants is ORDERED to meet and confer telephonically with Plaintiff to discuss settlement of this case. The legal representative of the CDCR must be present at this telephonic meeting with Plaintiff.

     The matter is HEREBY SET for a telephonic status conference on Tuesday, June 12, 2012, at 2:45 p.m.. The Deputy Attorney General shall provide for the telephonic appearance of Plaintiff at that status conference. The parties shall dial 888-684-8852, enter access code 1868782 and security code 7416. At the status conference, the parties shall report on the outcome of their meeting regarding settlement

Dated: June 6, 2012

                                                NANDOR J. VADAS<br>                                                United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DEMETRIUS AHMED WRIGHT, | No. 10-CV-0064 CW (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| R. CARASCO, et al., | |
| Defendants. | |
| _____/ | |

I, the undersigned, hereby certify that on June 6, 2012, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Demetrius Ahmed Wright
T65802
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2