IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS A. WRIGHT,<br><br>    Plaintiff,<br><br>  v.<br><br>R. CARASCO, et al.,<br><br>    Defendants. | No. C 10-00064 CW (PR)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO VACATE THE SETTLEMENT CONFERENCE SCHEDULED FOR JUNE 20, 2012 |

In an Order dated March 30, 2012, the Court referred this civil rights matter to Magistrate Judge Nandor Vadas for settlement proceedings. A settlement conference currently is set for June 20, 2012. Before the Court is Plaintiff's request that the Court vacate the settlement conference. After considering the moving papers and all other matters presented to the Court, it is hereby ORDERED that Plaintiff's Motion to Vacate the Settlement Conference Scheduled for June 20, 2012 is DENIED.

IT IS SO ORDERED.

Dated: 6/11/2012

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE