UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DEMETRIUS AHMED WRIGHT, | No. 4:10-CV-00064 CW (NJV) |
| Plaintiff, | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| R. CARASCO, et al., | |
| Defendants. | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of DEMETRIUS AHMED WRIGHT, inmate no. T65802, presently in custody at Salinas Valley State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: January 2, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   Warden, Salinas Valley State Prison

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of DEMETRIUS AHMED WRIGHT, inmate no. T65802, in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State Prison, Vacaville, California, on February 6, 2013, at 11:00 a.m. in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of

WRIGHT v. CARASCO, et al, and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

      Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: January 2, 2013

                              RICHARD WIEKING
                              CLERK, UNITED STATES DISTRICT COURT

                              By: Linn Van Meter
                                  Administrative Law Clerk

Dated: January 2, 2013



_____
NANDOR J. VADAS
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DEMETRIUS AHMED WRIGHT,<br><br>    Plaintiff,<br><br>v.<br><br>R. CARASCO, et al,<br><br>    Defendants.<br>_____/ | No. 4:09-CV-00064 CW (NJV)<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that on January 2, 2013, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Demetrius Ahmed Wright
T65802
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

Litigation Coordinator Enedelia Donnelly
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA  93960-1020

(also by fax)

Dated: January 2, 2013

                          /s/ *Linn Van Meter*
                            Linn Van Meter
                       Administrative Law Clerk to the
                       Honorable Nandor J. Vadas