**United States District Court**
For the Northern District of California

1
2
3
4
5                    UNITED STATES DISTRICT COURT

6                   NORTHERN DISTRICT OF CALIFORNIA

7                          EUREKA DIVISION

8

9    DEMETRIUS AHMED WRIGHT,                    No. 4:10-CV-00064 CW (NJV)

10          Plaintiff,                          ORDER AND WRIT OF HABEAS
                                                CORPUS AD TESTIFICANDUM
        v.
11
     R. CARASCO, et al.,
12
            Defendants.
13   _____/

14
     It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the
15
     person of DEMETRIUS AHMED WRIGHT, inmate no. T65802, presently in custody at California
16
     Institution for Men,  as the presence of said witness will be necessary at proceedings in the above-
17
     entitled cause and thereafter as may be required
18

19
     Dated: January 24, 2013            _____
20
                                        NANDOR J. VADAS
21                                      United States Magistrate Judge

22
                  THE PRESIDENT OF THE UNITED STATES OF AMERICA
23
     TO:    Warden, California Institution for Men
24
                                      GREETINGS
25
     WE COMMAND that you have and produce the body of  DEMETRIUS AHMED WRIGHT, inmate
26
     no. T65802, in your custody in the hereinabove-mentioned institution, before the United States District
27
     Court  at Solano State Prison, Vacaville, California,  on February 6, 2013, at 11:00 a.m. in order that
28
     said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of

**United States District Court**
For the Northern District of California

1    WRIGHT v. CARASCO, et al, and at the termination of said hearing return him forthwith to said

2    hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter

3    be made concerning the custody of said prisoner, and further  to produce said prisoner at all times

4    necessary until the termination of the proceedings for which his testimony is required in this Court;

5            Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court

6    for the Northern District of California.

7

8    Dated: January 24, 2013

9                                                    RICHARD WIEKING
                                                     CLERK, UNITED STATES DISTRICT COURT
10

11                                                   By: Linn Van Meter
                                                        Administrative Law Clerk
12

13

14

15   Dated: January 24, 2013                        _____
                                                     NANDOR_____
16                                                   United_____

17                                                   

18

19

20

21

22

23

24

25

26

27

28

2

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

DEMETRIUS AHMED WRIGHT,

        Plaintiff,

v.

R. CARASCO, et al,

        Defendants.

No. 4:09-CV-00064 CW (NJV)

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on January 24, 2013, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Demetrius Ahmed Wright
T65802
California Institution for Men
PO Box 128
Chino, CA 91708-0128

Litigation Coordinator Michael Gill
California Institution for Men
PO Box 128
Chino, CA 91708-0128

(also by fax)

Dated: January 24, 2013

/s/ _Linn Van Meter_
Linn Van Meter
Administrative Law Clerk to the
Honorable Nandor J. Vadas

3