UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DEMETRIUS AHMED WRIGHT, | No. 4:10-CV-0064 CW (NJV) |
| Plaintiff, | |
| v. | ORDER VACATING SETTLEMENT CONFERENCE IN PRO SE PRISONER EARLY SETTLEMENT PROGRAM, VACATING WRIT OF HABEAS CORPUS AND SETTING STATUS CONFERENCE |
| R. CARASCO, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has been informed that Plaintiff has been hospitalized and will not be transported to the settlement conference scheduled in this case for February 6, 2013, at Solano State Prison. Accordingly, the settlement conference scheduled on that date is HEREBY VACATED.

The writ of habeas corpus issued on January 2, 2013, for the attendance of Plaintiff at the settlement conference is HEREBY VACATED.

The matter is HEREBY SET for a telephonic status conference on February 19, 2013, at 1:00 p.m.. The parties shall dial 888-684-8852, enter access code 1868782 and security code 7416. Defense counsel is requested to provide for the telephonic appearance of Plaintiff.

IT IS SO ORDERED.

Dated: February 2, 2013

NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DEMETRIUS AHMED WRIGHT,<br><br>    Plaintiff,<br><br>    v.<br><br>R. CARASCO, et al.,<br><br>    Defendants.<br>_____/ | No. 10-CV-0064 CW (NJV)<br><br><br><br>CERTIFICATE OF SERVICE |

I, the undersigned, hereby certify that on February 1, 2013, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Demetrius Ahmed Wright
T65802
California Institution for Men
PO Box 128
Chino, CA 91709-0128

Litigation Coordinator Michael Gill
California Institution for Men
PO Box 128
Chino, CA 91708-0128

(also by fax)

Dated: February 1, 2013

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas