UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DEMETRIUS AHMED WRIGHT,<br><br>    Plaintiff,<br>  v.<br><br>R. CARASCO, et al.,<br><br>    Defendants.<br>_____ / | No. 4:10-CV-00064 CW (NJV)<br><br>ORDER AND WRIT OF HABEAS<br>CORPUS AD TESTIFICANDUM |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of DEMETRIUS AHMED WRIGHT, inmate no. T65802, presently in custody at California Institution for Men, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: February 20, 2013

                                                                            NANDOR J. VADAS
                                                                            United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:     Warden, California Institution for Men

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of DEMETRIUS AHMED WRIGHT, inmate no. T65802, in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State Prison, Vacaville, California, on March 27, 2013, at 9:00 a.m. in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of

1  WRIGHT v. CARASCO, et al, and at the termination of said hearing return him forthwith to said
2  hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter
3  be made concerning the custody of said prisoner, and further to produce said prisoner at all times
4  necessary until the termination of the proceedings for which his testimony is required in this Court;

5  Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court
6  for the Northern District of California.

8  Dated: February 20, 2013

9                    RICHARD WIEKING
                  CLERK, UNITED STATES DISTRICT COURT

11                   By: Linn Van Meter
                      Administrative Law Clerk

15 Dated: February 20, 2013



NANDOR J. VADAS
United States Magistrate Judge

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DEMETRIUS AHMED WRIGHT,<br><br>   Plaintiff,<br><br>v.<br><br>R. CARASCO, et al,<br><br>   Defendants.                                    / | No. 4:09-CV-00064 CW (NJV)<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that on February 20, 2013, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Demetrius Ahmed Wright
T65802
California Institution for Men
PO Box 128
Chino, CA  91708-0128

Litigation Coordinator Michael Gill
California Institution for Men
PO Box 128
Chino, CA 91708-0128

(also by fax)

Dated: February 20, 2013

　　　　　　　　　/s/  *Linn Van Meter*
　　　　　　　　　　Linn Van Meter
　　　　　　　Administrative Law Clerk to the
　　　　　　　Honorable Nandor J. Vadas

3