United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

DEMETRIUS AHMED WRIGHT,

Plaintiff,

v.

R. CARASCO, et al.,

Defendants.

_______________________________________/

No. 4:10-CV-00064 CW (NJV)

ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of DEMETRIUS AHMED WRIGHT, inmate no. T65802, presently in custody at California Institution for Men, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: April 4, 2013

NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: Warden, California Institution for Men

GREETINGS

WE COMMAND that you have and produce the body of DEMETRIUS AHMED WRIGHT, inmate no. T65802, in your custody in the hereinabove-mentioned institution, before the United States District Court at 450 Golden Gate Avenue, San Francisco, California, Courtroom D, on April 23, 2013, at 2:00 p.m. in order that said prisoner may then and there participate in the SETTLEMENT

United States District Court
For the Northern District of California

CONFERENCE in the matter of WRIGHT v. CARASCO, et al, and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: April 4, 2013

RICHARD WIEKING
CLERK, UNITED STATES DISTRICT COURT

By: Linn Van Meter
Administrative Law Clerk

Dated: April 4, 2013

NAND[...]
United[...]



United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

DEMETRIUS AHMED WRIGHT,

Plaintiff,

v.

R. CARASCO, et al,

Defendants.

_______________________________________/

No. 4:10-CV-00064 CW (NJV)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on April 4, 2013, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Demetrius Ahmed Wright
T65802
California Institution for Men
PO Box 128
Chino, CA 91708-0128

Litigation Coordinator Michael Gill
California Institution for Men
PO Box 128
Chino, CA 91708-0128

(also by fax)

Dated: April 4, 2013

/s/ Linn Van Meter
Linn Van Meter
Administrative Law Clerk to the
Honorable Nandor J. Vadas