UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DEMETRIUS AHMED WRIGHT, | No. 4:10-CV-0064 CW (NJV) |
| Plaintiff, | |
| v. | ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| R. CARASCO, et al., | |
| Defendants. | |

The settlement conference previously scheduled in this case has been vacated due to Plaintiff's hospitalization. (Doc. 75.) Accordingly, the writ of habeas corpus ad testificandum issued on April 4, 2013, for Plaintiff's appearance at that settlement conference is HEREBY VACATED.

IT IS SO ORDERED.

Dated: April 23, 2013

NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DEMETRIUS AHMED WRIGHT, | No. 10-CV-0064 CW (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| R. CARASCO, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on April 23, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Demetrius Ahmed Wright
T65802
California Institute for Men
Facility C/Calusa 128
P.O. Box 500
Chino, CA 91708

Litigation Coordinator Michael Gill
California Institution for Men
PO Box 128
Chino, CA 91708-0128

(also by fax)

Dated: April 23, 2013

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2