UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DEMETRIUS AHMED WRIGHT,<br><br>        Plaintiff,<br>  v.<br><br>R. CARASCO, et al.,<br><br>        Defendants.<br>_____/ | No. 4:10-CV-0064 CW (NJV)<br><br>ORDER VACATING STATUS CONFERENCE |

      This case is now set for a telephonic status conference on Tuesday, May 14, 2013.  On May 9, 2013, Chief Judge Claudia Wilken entered an order referring this case to the Federal Pro Bono Project and staying proceedings until counsel is appointed.  (Doc. 77.)   Accordingly, the status conference set for May 14, 2013, is HEREBY VACATED and will be reset following the appointment of counsel.

IT IS SO ORDERED.

Dated: May 9, 2013

                                                      NANDOR J. VADAS<br>
                                                      United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DEMETRIUS AHMED WRIGHT, | No. 10-CV-0064 CW (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| R. CARASCO, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on May 9, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Demetrius Ahmed Wright
T65802
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

Litigation Coordinator Michael Gill
California Institution for Men
PO Box 128
Chino, CA 91708-0128
(also by fax)

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2