IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

DEMETRIUS AHMED WRIGHT,  No. 4:10-CV-00064 CW (NJV)

    Plaintiff,

**CERTIFICATE OF SERVICE**

v.

R. CARASCO, et al,

    Defendants.
_____/

    I, the undersigned, hereby certify that on May 9, 2013, I served a true and correct copy of the Order Vacating Status Conference (docket no. 79) by placing said copy in a postage paid envelope addressed to the person listed below, by depositing said envelope in the U.S. Mail.

Demetrius Ahmed Wright
T65802
California Institute for Men
Facility C/Calusa 128
P.O. Box 500
Chino, CA 91708

Dated: May 9, 2013

                              /s/ *Linn Van Meter*
                                Linn Van Meter
                           Administrative Law Clerk to the
                           Honorable Nandor J. Vadas