UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DEMETRIUS AHMED WRIGHT,<br><br>　　　　Plaintiff,<br>　　v.<br><br>R. CARASCO, et al.,<br><br>　　　　Defendants.<br>_____/ | No. 4:10-CV-0064 CW (NJV)<br><br>ORDER SETTING STATUS CONFERENCE |

A telephonic status conference is HEREBY SET in this matter for 1:00 pm on July 9, 2013. The parties shall dial 888-684-8852, and enter access code 1868782. The parties shall be prepared to discuss setting a settlement conference in this case.

IT IS SO ORDERED.

Dated: June 21, 2013　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　NANDOR J. VADAS
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge