UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DEMETRIUS AHMED WRIGHT, | No. 4:10-CV-0064 CW (NJV) |
| Plaintiff, | |
| v. | ORDER RE SETTLEMENT CONFERENCE |
| R. CARASCO, et al., | |
| Defendants. | |

This case is set for a settlement conference at Solano State Prison on August 14, 2013. Plaintiff shall attend that settlement conference by telephone. Plaintiff's institution shall arrange for his telephonic appearance and shall dial 707-451-0182 Ext. 3495 or 5760 to connect him to the settlement conference. If a problem occurs, the institution shall call 707-454-3263 and ask to be connected to the Panel B Conference Room.

IT IS SO ORDERED.

Dated: August 7, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge