```
 1  KAMALA D. HARRIS
    Attorney General of California
 2  WILLIAM C. KWONG
    Supervising Deputy Attorney General
 3  SCOTT J. FEUDALE
    Deputy Attorney General
 4  State Bar No. 242671
     455 Golden Gate Avenue, Suite 11000
 5   San Francisco, CA  94102-7004
     Telephone:  (415) 703-5871
 6   Facsimile:  (415) 703-5843
     E-mail:  Scott.Feudale@doj.ca.gov
 7  Attorneys for Defendants Carrasco, West, and Ferry
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS AHMED WRIGHT,<br><br>Plaintiff,<br><br>v.<br><br>R. CARRASCO, et al.,<br><br>Defendants. | Case No. C 10-0064 CW (PR)<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br>(Fed. R. Civ. P. 41(a)(1)(A)(ii)) |

Plaintiff Demetrius Ahmed Wright and Defendants Carrasco, West, and Ferry have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party shall bear its own litigation costs and attorney's fees.

It is so stipulated.

Dated: 9-30-13                     /s/ Demetrius Wright
                                   Demetrius Wright
                                   Plaintiff

1

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (C 10-0064 CW (PR))

1  Dated: 12/2/13

                                      Scott J. Feudale
                                      Deputy Attorney General
                                      California Attorney General's Office
                                      *Attorney for Defendants Carrasco, West, and Ferry*

In accordance with the parties' stipulation, this action is dismissed with prejudice. The Clerk of the Court shall close the file. **IT IS SO ORDERED.**

Dated: 12/4/2013

                                        The Honorable Claudia Wilken

SF2010401182
20718919.docx

2

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (C 10-0064 CW (PR))